# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. NO. MJ-07-28 |
| ) | |
| vs. ) | |
| ) | |
| THOMAS BRASWELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States having requested that the Court unseal the complaint and arrest warrant, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above documents are UNSEALED.

Date: March 7, 2007
Memphis, Tennessee

s/Diane K. Vescovo
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate